IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XAVIER TAYLOR,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MATT SULLIVAN, individual and in his capacity as a police officer for the City and County of San Francisco, and DOES 1–1000, inclusive, individually and/or in their capacities as police officers for the City and County of San Francisco,

    Defendants.

No. C 08-04406 WHA

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REQUIRING RE-ASSIGNMENT TO A NEW JUDGE**

    Retained counsel filed this case for violations of 42 U.S.C. 1983 and various state laws on behalf of plaintiff and now move to withdraw as counsel citing irreconcilable differences on how to proceed with the case. A hearing was held in camera on April 16 with plaintiff and his counsel Fred Meis and Joseph Poppen present but not defendants or their counsel. Good cause having been shown, the motion to withdraw is **GRANTED**. Counsel Meis and Poppen are relieved as counsel for plaintiff, who shall henceforth represent himself. Because the Court has learned the details of the issues underlying the withdrawal motion, the Court gave plaintiff the opportunity to ask the undersigned to recuse himself. Such request having been made, the undersigned hereby recuses himself from this case. The case shall be reassigned.

Dated: April 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE