UNITED STATES DISTRICT COURT

Northern District of California

XAVIER TAYLOR,

               Plaintiff(s),          No. C 08-04406 MEJ

  v.

CITY AND COUNTY OF SAN FRANCISCO,                    **ORDER TO SHOW CAUSE**

               Defendant(s).
_____/

On May 21, 2009, the Court referred this matter to court-sponsored mediation. (Dkt. #34.) Since that time, the ADR Department has attempted to conduct a phone conference on two occasions, yet both times, Plaintiff failed to provide a telephone number at which he could be reached. Further, Plaintiff has made no appearance in this case since the May 14, 2009 Case Management Conference before Judge Hamilton.

Accordingly, the Court hereby ORDERS Plaintiff Xavier Taylor to show cause why this case should not be dismissed for failure to prosecute and comply with the ADR Department's requests. Plaintiff shall file a declaration by July 16, 2009, and the Court shall conduct a hearing on July 30, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 19, 2009

                                                     _____
                                                     Maria-Elena James
                                                     United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**