UNITED STATES DISTRICT COURT

Northern District of California

XAVIER TAYLOR,

                Plaintiff(s),         No. C 08-04406 MEJ

   v.

CITY AND COUNTY OF SAN FRANCISCO,         **ORDER VACATING OSC**

                Defendant(s).

_____/

      On June 19, 2009, the Court ordered Plaintiff Xavier Taylor to show cause why this case should not be dismissed for failure to prosecute and comply with the ADR Department's requests. (Dkt. #37.) The Court is now in receipt of Plaintiff's declaration in response, filed July 14, 2009. (Dkt. #39.) Good cause appearing, the Court hereby VACATES the July 30, 2009 Order to Show Cause hearing.

      **IT IS SO ORDERED.**

Dated: July 16, 2009

                                                _____

                                                Maria-Elena James
                                                Chief United States Magistrate Judge