1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

XAVIER TAYLOR,
            Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO,
a municipal corporation; MATT SULLIVAN,
individual and in his capacity as a police officer
for the CITY AND COUNTY OF SAN
FRANCISCO; and DOES 1-100, inclusive,
individually and or in their capacities as police
officers for the CITY AND COUNTY OF SAN
FRANCISCO,

            Defendants.

Case No. C08-04406 MEJ

~~[PROPOSED]~~ ORDER
MODIFYING PRETRIAL
PREPARATION ORDER

Trial Date:                May 24, 2010

Based on the parties' stipulation, and for good cause shown,

**IT IS ORDERED THAT**:

1.      The Pretrial Preparation Order filed May 21, 2009 shall be modified as follows:

| Event | Current deadline | Proposed deadline |
|-------|------------------|-------------------|
| 1.  Mediation deadline | August 19, 2010 | October 23, 2009 |
| 2.  Non-expert discovery cutoff | November 20, 2009 | December 4, 2009 |
| 3.  Designation of experts | October 26, 2009 | December 4, 2009 |
| 4.  Rebuttal of experts | November 5, 2009 | December 17, 2009 |
| 5.  Expert discovery cutoff | November 20, 2009 | January 8, 2010 |

1     2.     The remaining dates specified in the Pretrial Preparation Order Case Management

2   shall remain unchanged.

3     **IT IS SO ORDERED.**

4

5     DATED:___August 18, 2009_____

6

7     _____
      HON. MARIA ELENA JAMES
8     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28