UNITED STATES DISTRICT COURT

Northern District of California

XAVIER TAYLOR,

               Plaintiff(s),          No. C 08-04406 MEJ

  v.

CITY AND COUNTY OF SAN FRANCISCO,             **ORDER FOR PARTIES TO MEET AND CONFER**

               Defendant(s).
_____/

The Court has now received two phone calls from Plaintiff Xavier Taylor, who represents himself in this matter, regarding his attempts to locate counsel to represent him, as well as his communications with Defendants' counsel. The Court reminds Plaintiff that all communications with the Court must be in writing and filed with the Clerk's Office, as phone calls are considered improper ex parte communications. The Court also reminds Plaintiff that he must comply with the undersigned's discovery standing order, a copy of which was provided to him at the time he filed his Complaint.

As it appears that Plaintiff may have counsel that is willing to represent him in this matter, and his attempts to contact Defendants' counsel to discuss a stipulation continuing certain deadlines have been unsuccessful, the Court hereby ORDERS the parties to meet and confer for purposes of discussing a continuance. If the parties are able to reach an agreement, they shall file a stipulation. If the parties are unable to reach an agreement, they shall file a joint letter of no more than five pages. Defendants' counsel shall immediately contact Plaintiff to initiate the meet and confer process.

**IT IS SO ORDERED.**

Dated: September 23, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

XAVIER TAYLOR,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV08-04406 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xavier Taylor
131 Embarcadero West, #3326
Oakland, CA 94607

Dated: September 23, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2