UNITED STATES DISTRICT COURT

Northern District of California

XAVIER TAYLOR,

                Plaintiff(s),         No. C 08-04406 MEJ

   v.

CITY AND COUNTY OF SAN FRANCISCO,          **ORDER DENYING REQUEST FOR CONTINUANCE**

                Defendant(s).

_____/

      The Court is in receipt of the parties' joint letter, (Dkt. #46), regarding Plaintiff's request to continue the deposition and mediation deadlines in this case. The reason for Plaintiff's request is to give him time to obtain counsel. However, given that Plaintiff has had since April 17, 2009 to obtain counsel, and his request comes one day before depositions are scheduled to take place, the Court hereby DENIES Plaintiff's request. The depositions shall go forward as scheduled. As Plaintiff is not registered for e-filing, Defendants' counsel shall notify Plaintiff of this Order.

      **IT IS SO ORDERED.**

Dated: September 23, 2009

                                                          _____
                                                           Maria-Elena James
                                                          Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

XAVIER TAYLOR,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV08-04406 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xavier Taylor
131 Embarcadero West, #3326
Oakland, CA 94607

Dated: September 23, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2