UNITED STATES DISTRICT COURT

Northern District of California

XAVIER TAYLOR

                Plaintiff(s),

  v.

CITY AND COUNTY OF SAN FRANCISCO

                Defendant(s).
_____/

No. C 08-04406 MEJ)

**ORDER FOR PARTIES TO APPEAR FOR CHAMBERS MEET AND CONFER SESSION**

        The Court is in receipt of Defendant's letter regarding outstanding discovery requests and Plaintiff's failure to meet and confer. In its request, Defendant states that Plaintiff has failed to comply with his discovery obligations. Pursuant to Magistrate Judge James' discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter. As it appears that the parties have been unable to meet and confer, the Court hereby ORDERS the parties to meet and confer, in person, on December 29, 2009 at 10:00 a.m. in the undersigned's chambers, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. On the date of the meet and confer, the parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

        At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and a USB-compatible auxiliary storage medium, such as a USB port thumb drive, to use in drafting said letter. The parties

are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date.

**IT IS SO ORDERED.**

Dated: December 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

XAVIER TAYLOR,

        Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

        Defendant.

Case Number: CV08-04406 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xavier Taylor
131 Embarcadero West, #3326
Oakland, CA 94607

Dated: December 10, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

3