# UNITED STATES DISTRICT COURT
## Northern District of California

XAVIER TAYLOR,

        Plaintiff(s),           No. C 08-04406 MEJ

  v.

CITY AND COUNTY OF SAN FRANCISCO,        **ORDER TO SHOW CAUSE**

        Defendant(s).

_____/

On December 17, 2009, the Defendants in the above-captioned matter filed a Motion for Summary Judgment, with a noticed hearing date of January 21, 2010. (Dkt. #52.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by December 31, 2009. However, Plaintiff failed to file an opposition. Further, on December 10, 2009, the Court ordered the parties to appear for a courtroom discovery meet and confer session regarding outstanding discovery disputes. (Dkt. #51.) Plaintiff failed to appear.

Accordingly, the Court hereby VACATES the January 21, 2010 hearing and ORDERS Plaintiff Xavier Taylor to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines and orders. Plaintiff shall file a declaration by January 21, 2010, and the Court shall conduct a hearing on January 28, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 6, 2010

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge